**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                        Case No. 3:10cr25/MCR

PEDRO D. GONZALEZ

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, PEDRO D. GONZALEZ, to Count I of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 23rd day of April 2010.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**